1  PHILIP M. MILLER (SBN 87877)
   ANNE M. BEVINGTON (SBN 111320)
2  KIMBERLY A. HANCOCK (SBN 205567)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  pmiller@sjlawcorp.com
   abevington@sjlawcorp.com
6  khancock@sjlawcorp.com

7  Attorneys for Plaintiffs

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 AUTOMOTIVE INDUSTRIES PENSION          Case No.  C-14-05560-KAW
   TRUST FUND, JAMES H. BENO, Trustee,
12 DON CROSATTO, Trustee, MARK            STIPULATION AND [PROPOSED]
   HOLLIBUSH, Trustee, STEPHEN J. MACK,   ORDER TO CONTINUE INITIAL CASE
13 Trustee, JOSE SANTANA, Trustee, DOUG   MANAGEMENT CONFERENCE AND
   CORNFORD, Trustee, JOHN DiBERNARDO,    EXTEND ALL RELATED DEADLINES,
14 Trustee, and JIM WELLS, Trustee,       AND STIPULATION TO EXTEND TIME
                                          TO RESPOND TO COMPLAINT
15                Plaintiffs,
   v.                                     Date:      March 24, 2015
16                                         Time:      1:30 p.m.
   WASHINGTON TOWNSHIP CENTRAL            Courtroom: 4, 3rd Floor
17 CHEVROLET CO., a California corporation, Judge:     Hon. Kandis A. Westmore
   doing business as CENTRAL COLLISION
18 CENTER, and DOES 1 – 20,
                                          Compliant Filed:   December 19, 2014
19                Defendants.              Trial Date:        Not Yet Set

20

21        The parties stipulate to, and jointly request, a 60-day continuance of the Initial Case

22 Management Conference currently set for March 24, 2015 at 1:30 p.m. in Courtroom 4, 3rd Floor

23 of this Court, and a 60-day extension of all related deadlines, and seek the Court's approval for

24 same.  The parties further stipulate that, if the Court grants the requested continuance, Defendants'

25 deadline to respond to Plaintiffs' Complaint be extended an additional 30-days from the current

26 deadline of March 13, 2015. Good cause exists for the request to continue the Initial Case

27 Management Conference for the following reasons.

                                        - 1 -
28          STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL
                 CMC AND RELATED DEADLINES; Case No. C-14-05560-KAW

1   This action arises under the Employee Retirement Income Security Act of 1974

2   ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C

3   §§1001-1461 (1982)), to recover withdrawal liability amounts allegedly owed by defendant

4   Washington Township Central Chevrolet Co., d/b/a Central Collision Center, and DOES 1-20

5   ("Defendants") to Plaintiffs Automotive Industries Pension Trust Fund and its Trustees

6   ("Plaintiffs"), and to enforce the Trust Fund's request for information under ERISA §4219(a)

7   On December 19, 2014, the Plaintiffs filed a Complaint in this matter.

8   On December 22, 2014, the Court entered its Order Setting Initial Case Management

9   Conference and ADR Deadlines (Dkt. #5), setting the Initial Case Management Conference for

10  March 24, 2015.

11  The Defendants have been served in the action as follows:  Washington Township

12  Central Chevrolet dba Central Collision Center was served on January 21, 2015 (Dkt. #8).

13  On February 6, 2015, the parties stipulated to a 30-day extension to March 13, 2015 for

14  Defendants to respond to the Complaint (Dkt. #9).

15  The reason for the request is that the Defendants are in the process of reviewing and

16  producing voluminous documents to Plaintiffs that may affect the scope of the action and the

17  prospects for settlement, and it would promote efficiency in the handling of the case to permit the

18  parties to review the documents before discussing early settlement, the scope of the pleadings and

19  issues, making initial disclosures, planning discovery and conferring about the scheduling of the

20  case.

21  Therefore, the parties respectfully request that the Initial Case Management Conference

22  currently scheduled for March 24, 2015 be continued for 60 days.

23  No previous requests to change these dates have been submitted.  The changes will not

24  affect any other deadline on the Court's calendar.

25  The parties also stipulate that, if the Court approves the requested continuance,

26  Defendants' time to respond to the Complaint is extended by an additional 30 days, to April 13,

27  2015.

28

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL
CMC AND RELATED DEADLINES; Case No. C-14-05560-KAW

1

SO STIPULATED.

2

Dated:  February 23, 2015                    /S/ Sean T. Strauss
3                                             Robert F. Schwartz
                                              Sean T. Strauss
4                                             TRUCKER HUSS, APC
                                              Attorneys for Defendants
5                                             WASHINGTON TOWNSHIP CENTRAL
                                              CHEVROLET CO., a California corporation, doing
6                                             business as CENTRAL COLLISION CENTER

7

8    Dated:  February 23, 2015
                                              /S/ Anne M. Bevington
9                                             ANNE M. BEVINGTON
                                              SALTZMAN & JOHNSON LAW CORPORATION
10                                            Attorneys for Plaintiffs
                                              AUTOMOTIVE INDUSTRIES PENSION TRUST
11                                            FUND, et al.

12

13                          CERTIFICATION RE SIGNATURES

14          I attest that concurrence in the filing of this document has been obtained from the other

15   Signatory.

16   Dated:  February 23, 2015                    /S/ Anne M. Bevington
                                                  ANNE M. BEVINGTON
17

18

19

20

21

22

23

24

25

26

27

28
                                             - 3 -
                     STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL
                         CMC AND RELATED DEADLINES; Case No. C-14-05560-KAW

## <u>ORDER</u>

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby continues the Initial Case Management Conference in this action 60 days from its currently scheduled date of March 24, 2015 at 1:30 P.m. in Courtroom 4, 3RD Floor of this Court to __May 26, 2015 at 1:30 p.m.__  All related deadlines are extended accordingly

**IT IS SO ORDERED.**

Date: __03/03/2015__          _____

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

- 4 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL
CMC AND RELATED DEADLINES; Case No. C-14-05560-KAW