| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877) |
| | ANNE M. BEVINGTON (SBN 111320) |
| 2 | KIMBERLY A. HANCOCK (SBN 205567) |
| | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
| | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
| | (415) 882-9287 – Facsimile |
| 5 | pmiller@sjlawcorp.com |
| | abevington@sjlawcorp.com |
| 6 | khancock@sjlawcorp.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, STEPHEN J. MACK, Trustee, JOSE SANTANA, Trustee, DOUG CORNFORD, Trustee, JOHN DiBERNARDO, Trustee, and JIM WELLS, Trustee, <br><br>Plaintiffs, <br><br>v. <br><br>WASHINGTON TOWNSHIP CENTRAL CHEVROLET CO., a California corporation, doing business as CENTRAL COLLISION CENTER, and DOES 1 – 20, <br><br>Defendants. | Case No. C-14-05560-WHA <br><br>**JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT WASHINGTON TOWNSHIP CENTRAL CHEVROLET CO., d/b/a CENTRAL COLLISION PURSUANT TO STIPULATION** |

IT IS STIPULATED by and between the parties hereto, through their respective counsel, that Judgment be entered in the within action in favor of Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, STEPHEN J. MACK, Trustee, JOSE SANTANA, Trustee, DOUG CORNFORD, Trustee, JOHN DiBERNARDO, Trustee, and JIM WELLS, Trustee, ("Plaintiffs") and against Defendant WASHINGTON TOWNSHIP CENTRAL CHEVROLET CO., a California

- 1 -
JUDGMENT PURSUANT TO STIPULATION
AGAINST DEFENDANT WASHINGTON
TOWNSHIP CENTRAL CHEVROLET CO
Case No.: C-14-05560-WHA

P:\CLIENTS\AUTPF\W\CASES\Central Collision\Pleadings\Drafts of all other pleadings\Stipulated Judgment FINAL 05-08-2015.doc

corporation, doing business as CENTRAL COLLISION CENTER ("Central Chevrolet") as follows:

    1.    Plaintiffs shall have a money judgment against Defendant Central Chevrolet, pursuant to ERISA §502(g)(2), in the following amounts: (i) $1,297,151.00 for unpaid withdrawal liability; (ii) $111,448.37 for interest on the unpaid withdrawal liability through April 24, 2015, plus an additional $248.77 per day in interest from April 24, 2015, until the date of this judgment; (iii) $259,430.20 for liquidated damages; and (iv) $14,268.25 for reasonable attorney's fees and $1,100.83 for costs.

    2.    Defendant Central Chevrolet waives notice of entry of judgment and expressly waives all rights to stay of execution and appeal.

Dated: May 11, 2015.    SALTZMAN & JOHNSON LAW CORPORATION

By: /S/ Anne M. Bevington  
    Anne M. Bevington  
    Attorneys for Plaintiffs  
AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, STEPHEN J. MACK, Trustee, JOSE SANTANA, Trustee, DOUG CORNFORD, Trustee, JOHN DiBERNARDO, Trustee, and JIM WELLS, Trustee

Dated: May 11, 2015.    TRUCKER ✦ HUSS

By: /S/ Sean T. Strauss  
    Robert F. Schwartz  
    Sean T. Strauss  
    Attorneys for Defendants  
WASHINGTON TOWNSHIP CENTRAL CHEVROLET CO., a California corporation, doing business as CENTRAL COLLISION CENTER

CERTIFICATION RE: SIGNATURES

I attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: May 11, 2015          /S/ Anne M. Bevington
                             ANNE M. BEVINGTON

IT IS SO ORDERED AND ADJUDGED.

Dated: May 12, 2015.         _____
                             HON. WILLIAM H. ALSUP
                             UNITED STATES DISTRICT JUDGE

- 3 -
JUDGMENT PURSUANT TO STIPULATION
AGAINST DEFENDANT WASHINGTON
TOWNSHIP CENTRAL CHEVROLET CO
Case No.: C-14-05560-WHA

P:\CLIENTS\AUTPF\W\CASES\Central Collision\Pleadings\Drafts of all other pleadings\Stipulated Judgment FINAL 05-08-2015.doc